# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **CHUCK L. JARRELL** | **CIVIL ACTION NO. 08-788-P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **CARSEY-WERNER PRODUCTIONS, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** Plaintiff's civil rights claims against Carsey-Werner Productions, William Henry Cosby, Jr., and the Bossier Parish Sheriffs Department be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) and his civil rights claims against the Department of Corrections be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 13th day of September 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE